IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DALE MERKT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-067-RAW |
| | ) |
| DENISE QUAMMEN, et al., | ) |
| | ) |
| Defendant. | ) |

### ORDER

On June 3, 2015, the plaintiff and defendant Denise Quammen filed a joint stipulation and consent to remand (#38). Within the pleading, it is represented that defendant State Farm Mutual Automobile Insurance Company (which filed the notice of removal) has settled and does not object to remand.

Pursuant to the stipulation and consent, this action is hereby remanded to the District Court of Okmulgee County, State of Oklahoma.

**ORDERED THIS 4th DAY OF JUNE, 2015.**

Dated this 4th day of June, 2015.

_Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma